McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 551-2724

FILED

JUN - 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )   MAG. NO. 05-0160-PAN
       v.                 )   MAG. NO. 05-0161-PAN
                          )
(SEALED)                  )
                          )   REQUEST FOR UNSEALING
            Defendant(s). )
                          )

On June 6, 2005, the Court signed an order sealing the Complaints, the Affidavits in Support of the Complaints, and the Sealing Orders in the instant actions. Given the status of the investigation and the scheduled court appearance of the defendant in each case, there is no longer a need for these documents to remain sealed. It is requested that the documents be unsealed so that the defendants and their attorneys can examine them prior to the court appearance.

///
///
///
///

1

1 | Therefore the Government requests that the Court issue an order
2 | unsealing the above referenced documents.
3 | DATED: June 7, 2005

McGREGOR W. SCOTT
United States Attorney

By: /s/
R. STEVEN LAPHAM
Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the Complaints, the Affidavits in Support of the Complaints, and the Sealing Orders in the above-captioned matters be and hereby are ordered unsealed.

DATED: June 7, 2005

_____
PETER A. NOWINSKI
UNITED STATES MAGISTRATE JUDGE